IAN C. BALLON (SBN 141819)
ballon@gtlaw.com
LORI CHANG (SBN 228142)
ChangL@gtlaw.com
MONICA A. HERNANDEZ (SBN 280195)
hernandezmo@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Ave., 5th Floor
East Palo Alto, California 94303
Telephone:  (650) 328-8500
Facsimile:  (650) 328-8508

Attorneys for Defendant
THE POKÉMON COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFFREY MARDER, individually and on behalf of all others similarly situated, <br><br> Plaintiff(s), <br><br> v. <br><br> NIANTIC, INC., THE POKÉMON COMPANY, and NINTENDO CO. LTD., <br><br> Defendants. | CASE NO.  3:16-cv-04300-JD <br><br> **NOTICE OF APPEARANCE OF IAN C. BALLON AS COUNSEL FOR DEFENDANT THE POKÉMON COMPANY** |

**TO THE CLERK, ALL PARTIES AND ALL COUNSEL OF RECORD:**

Defendant The Pokémon Company ("Defendant") notifies the court and all parties that Ian C. Ballon of the law firm of Greenberg Traurig, LLP hereby appears as Defendant's counsel of record in this action. He is admitted to practice in California and before this Court.

Defendant hereby requests that all notices given or required to be given, and all papers filed or served or required to be served in the above-captioned matter be directed to and served upon counsel at the address set forth below:

>Ian C. Ballon
>GREENBERG TRAURIG, LLP
>1900 University Ave., 5th Floor
>East Palo Alto, California 94303
>Telephone:  (650) 328-8500
>Facsimile:  (650) 328-8508
>Email:   ballon@gtlaw.com

DATED:  August 26, 2016                           GREENBERG TRAURIG, LLP


By:____/s/ Ian C. Ballon_____
    Ian C. Ballon
    Lori Chang
    Monica A. Hernandez

    Attorneys for Defendant
    THE POKÉMON COMPANY