**POMERANTZ LLP**
Jeremy A. Lieberman (*pro hac vice*)
Murielle J. Steven Walsh (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Tel:  (212) 661-1100
Fax:  (917) 463-1044
Email: jalieberman@pomlaw.com
         mjsteven@pomlaw.com

**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
468 North Camden Drive
Beverly Hills, California 90210
Tel: (818) 532-6449
jpafiti@pomlaw.com

*Attorneys for Plaintiffs*

**GREENBERG TRAURIG LLP**
Ian C. Ballon (SBN 141819)
Lori Chang (SBN 228142)
Nina D. Boyajian (SBN 246415)
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
ballon@gtlaw.com
changl@gtlaw.com
boyajianN@gtlaw.com

*Attorneys for Defendant The Pokémon Company*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE POKÉMON GO NUISANCE LITIGATION** | Case No. 3:16-cv-04300-JD<br><br>CLASS ACTION<br><br>**STIPULATION OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANT THE POKEMON COMPANY** |

{00247280;4 }

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiffs Jeffrey Marder, Scott Dodich, Jayme Gotts-Dodich, and The Villas of Positano Condominium Association, Inc. hereby voluntarily dismiss with prejudice the above-entitled action against Defendant The Pokémon Company. All parties shall bear their own attorneys' fees and costs.

Dated: July 19, 2017

Respectfully submitted,

**POMERANTZ LLP**

*/s/ Murielle J. Steven Walsh*
Jeremy A. Lieberman *(pro hac vice)*
Murielle J. Steven Walsh *(pro hac vice)*
600 Third Avenue, 20th floor
New York, New York 10016
Tel: (212) 661-1100
Fax: (917) 463-1044
jalieberman@pomlaw.com
mjsteven@pomlaw.com

**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
468 North Camden Drive
Beverly Hills, California 90210
Tel: (818) 532-6449
jpafiti@pomlaw.com

*Attorneys for Plaintiffs*

**GREENBERG TRAURIG LLP**

*/s/ Nina D. Boyajian*
Ian C. Ballon (SBN 141819)
Lori Chang (SBN 228142)
Nina D. Boyajian (SBN 246415)
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
ballon@gtlaw.com
changl@gtlaw.com
boyajianN@gtlaw.com

*Attorneys for Defendant*
*The Pokémon Company*