COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
JEFFREY M. GUTKIN (216083) (jgutkin@cooley.com)
BENJAMIN H. KLEINE (257225) (bkleine@cooley.com)
BETHANY C. LOBO (248109) (blobo@cooley.com)
DEVON HANLEY COOK (262626) (dhanleycook@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Tel: (415) 693-2000
Fax: (415) 693-2222

Attorneys for Defendant
NIANTIC, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re Pokémon Go Nuisance Litigation

Case No. 3:16-cv-04300-JD

**JOINT STIPULATION AND PROPOSED ORDER SETTING CASE SCHEDULE**

Judge: Hon. James Donato

Pursuant to the Court's instructions at the March 29, 2018 hearing on Defendant Niantic, Inc.'s ("Niantic") Motion to Dismiss, Plaintiffs Jeffrey Marder, Scott Dodich, Jayme Gotts-Dodich, The Villas of Positano Condominium Association, Inc., Jill M. Barbarise, Jason Sarkis, Melissa Perez, "Sam" Congshan Hao, Bruce Garton, Sally Rogers, Deborah J. Pimentel, and Loren Morgan (collectively, "Plaintiffs") and Niantic (together with Plaintiffs, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, the Court ordered the Parties to jointly propose an 18-month case schedule in its Order denying Niantic's Motion to Dismiss (ECF 94);

WHEREAS, the Parties met and conferred and agreed that, because this action was stayed until

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

JOINT STIPULATION AND PROPOSED ORDER
SETTING CASE SCHEDULE
(CASE NO. 3:16-CV-04300-JD)

the March 29, 2018 hearing and discovery, apart from initial disclosures, had not begun, a somewhat longer time period will allow for a more orderly discovery process and a more complete presentation of the complex legal issues the Court will need to resolve in this case;

WHEREAS, the Parties request that the Court adopt the case schedule below;

| Event | Date |
| --- | --- |
| File Motion for Class Certification | February 14, 2019 |
| File Opposition to Class Certification | March 28, 2019 |
| File Reply in Support of Class Certification | May 2, 2019 |
| Class Certification Hearing | May 16, 2019 |
| Close of Fact Discovery | June 20, 2019 |
| Opening Merits Expert Reports | June 20, 2019 |
| Rebuttal Merits Expert Reports | August 1, 2019 |
| Last Day for Merits Expert Depositions/Close of Expert Discovery | August 29, 2019 |
| Summary Judgment and Daubert Opening Briefs | September 26, 2019 |
| Summary Judgment and Daubert Opposition Briefs | November 7, 2019 |
| Summary Judgment and Daubert Reply Briefs | December 5, 2019 |
| Summary Judgment and Daubert Hearing | December 19, 2019 |
| Meet and Confer re: Joint Pretrial Materials | December 24, 2019 |
| File Pre-trial Documents | January 23, 2020 |
| Meet and Confer re: Designations | February 4, 2020 |
| Final Pre-Trial Conference | February 6, 2020 |
| File Designations | February 20, 2020 |
| Trial | February 25, 2020 |

Cooley LLP
Attorneys At Law
San Francisco

2.

Joint Stipulation and Proposed Order
Setting Case Schedule
(Case No. 3:16-cv-04300-JD)

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel, that the Parties request entry of the above Case Schedule.

Dated: May 3, 2018                          **POMERANTZ LLP**

/s/ *Murielle J. Steven Walsh*
Murielle J. Steven Walsh (*pro hac vice*)
600 Third Avenue, 20th floor
New York, New York 10016
Tel: (212) 661-1100
Fax: (917) 463-1044
mjsteven@pomlaw.com

*Attorneys for Plaintiffs*

Dated: May 3, 2018                          **COOLEY LLP**

/s/ *Jeffrey M. Gutkin*
Jeffrey M. Gutkin

*Attorneys for Defendant*
**NIANTIC, INC.**

**ATTESTATION OF CONCURRENCE IN FILING**

In accordance with N.D. Cal. L.R. 5-1(i)(3), I hereby attest that I have obtained the concurrence of all other signatories in the filing of this document.

Dated: May 3, 2018        **COOLEY LLP**

By: /s/ *Jeffrey M. Gutkin*
Jeffrey M. Gutkin

*Attorneys for Defendant*
**NIANTIC, INC.**

|

# PROPOSED ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May ____, 2018

_____
The Honorable James Donato

176073727

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5.

JOINT STIPULATION AND PROPOSED ORDER
SETTING CASE SCHEDULE
(CASE NO. 3:16-CV-04300-JD)