# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Pokémon Go Nuisance Litigation. | Case No. 16-cv-04300-JD<br><br>**SCHEDULING ORDER** |

The Court sets the following case management deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10. The parties are advised to review and comply with the Court's Standing Order for Civil Cases, Standing Order for Discovery in Civil Cases, and Standing Order for Civil Jury Trials.

| **Event** | **Deadline** |
|---|---|
| Add parties or amend pleadings | July 20, 2018 |
| File Motion for Class Certification | December 20, 2018 |
| File Opposition to Class Certification | January 24, 2019 |
| File Reply in Support of Class Certification | February 14, 2019 |
| Class Certification Hearing | February 28, 2019, at 10 a.m. |
| Fact discovery cut-off | March 29, 2019 |
| Expert disclosures | March 29, 2019 |
| Rebuttal expert disclosures | May 3, 2019 |
| Expert discovery cut-off | May 31, 2019 |

| Event | Deadline |
|---|---|
| Last day to file dispositive and *Daubert* motions | June 27, 2019 |
| Pretrial conference | October 10, 2019, at 1:30 p.m. |
| Jury Trial | October 28, 2019, at 9:00 a.m. |

All dates set by the Court should be regarded as firm. Counsel may not modify these dates by stipulation without leave of court. Requests for continuances are disfavored, and scheduling conflicts that are created subsequent to the date of this order by any party, counsel or party-controlled expert or witness will not be considered good cause for a continuance. Sanctions may issue for a failure to follow a scheduling or other pretrial order. *See* Fed. R. Civ. P. 16(f)(1)(C).

**IT IS SO ORDERED.**

Dated:  June 28, 2018

_____
JAMES DONATO
United States District Judge