| | |
|---|---|
| **COOLEY LLP**<br>MICHAEL G. RHODES (116127)<br>(rhodesmg@cooley.com)<br>JEFFREY M. GUTKIN (216083)<br>(jgutkin@cooley.com)<br>BENJAMIN H. KLEINE (257225)<br>(bkleine@cooley.com)<br>KRISTINE A. FORDERER (278745)<br>(kforderer@cooley.com)<br>101 California Street, 5th Floor<br>San Francisco, CA  94111-5800<br>Telephone:    (415) 693-2000<br>Facsimile:     (415) 693-2222<br><br>Attorneys for Defendant<br>NIANTIC, INC. | **POMERANTZ LLP**<br>Jeremy A. Lieberman (*pro hac vice*)<br>(jalieberman@pomlaw.com)<br>Murielle J. Steven Walsh (*pro hac vice*)<br>(mjsteven@pomlaw.com)<br>Aatif Iqbal (*pro hac vice*)<br>(aiqbal@pomlaw.com)<br>600 Third Avenue, 20th Floor<br>New York, NY 10016<br>Tel: (212) 661-1100<br>Fax: (917) 463-1044<br><br>Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re Pokémon Go Nuisance Litigation | Case No.  3:16-cv-04300-JD<br><br>**JOINT NOTICE OF SETTLEMENT IN PRINCIPLE AND REQUEST TO VACATE SCHEDULE** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT NOTICE OF SETTLEMENT IN PRINCIPLE
AND REQUEST TO VACATE SCHEDULE
3:16-CV-04300-JD

The parties wish to inform the Court that they reached a settlement in principle of the above-captioned action on November 28, 2018.  The settlement is currently memorialized in a term sheet.  The parties jointly request that the Court vacate the current scheduling order and all other upcoming hearings and deadlines.  The parties are in the process of drafting a settlement agreement and companion motion for preliminary approval, under Federal Rule of Civil Procedure 23(b)(2).  Subject to the Court's approval, the parties respectfully request that the currently scheduled hearing on Plaintiffs' contemplated motion for class certification on February 28, 2019 be converted to a hearing on the motion for preliminary approval of the settlement with that motion being filed no fewer than 28 days prior to the hearing.

Dated: November 29, 2018

COOLEY LLP
MICHAEL G. RHODES (116127)
JEFFREY M. GUTKIN (216083)
BENJAMIN KLEINE (257225)
KRISTINE A. FORDERER (278745)


/s/Michael Rhodes

Michael Rhodes (116127)
Attorneys for Defendant
NIANTIC, INC.

Dated: November 29, 2018

POMERANTZ LLP


/s/Jeremy Lieberman

Jeremy A. Lieberman (*pro hac vice*)
Murielle J. Steven Walsh (*pro hac vice*)
Aatif Iqbal (*pro hac vice*)
Attorneys for Plaintiffs

192783577

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

JOINT NOTICE OF SETTLEMENT IN PRINCIPLE
AND REQUEST TO VACATE SCHEDULE
3:16-CV-04300-JD

**ATTESTATION OF CONCURRENCE IN FILING**

In accordance with N.D. Cal. L.R. 5-1(i)(3), I hereby attest that I have obtained the concurrence of all other signatories in the filing of this document.

Dated: November 29, 2018     **COOLEY LLP**

By: /s/ *Jeffrey M. Gutkin*
      Jeffrey M. Gutkin

*Attorneys for Defendant*
NIANTIC, INC.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

JOINT NOTICE OF SETTLEMENT IN PRINCIPLE
AND REQUEST TO VACATE SCHEDULE
3:16-CV-04300-JD