Jennifer Pafiti (SBN 282790)
**POMERANTZ LLP**
1100 Glendon Avenue
Los Angeles, CA 90024
Phone: 310-405-7190
Email: jpafiti@pomlaw.com

(additional counsel on signature page)

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE POKÉMON GO NUISANCE LITIGATION | Case No. 3:16-cv-04300-JD <br><br> **CLASS ACTION** <br><br> **DECLARATION OF MURIELLE J. STEVEN WALSH IN SUPPORT OF PLAINTIFFS' MOTIONS FOR FINAL APPROVAL OF SETTLEMENT AND FOR AWARD OF ATTORNEYS' FEES AND EXPENSES AND SERVICE AWARDS** <br><br> Date: August 22, 2019 <br> Time: 10:00 a.m. <br> Courtroom: 11, 19th Floor <br> Judge: Hon. James Donato |

Pursuant to 28 U.S.C. § 1746, I, Murielle J. Steven Walsh, hereby declare:

1. I am a Partner of Pomerantz LLP ("Pomerantz"), counsel for Plaintiffs Scott Dodich and Jayme Gotts-Dodich; The Villas of Positano Condominium Association, Inc., on behalf of its members ("Villas"); Jill M. Barbarise; Jason Sarkis; Melissa Perez; Congshan "Sam" Hao; Bruce Garton; Sally Rogers; Deborah J. Pimentel; and Loren Morgan (collectively

"Plaintiffs").[1]

2. I am duly admitted to practice in New York and before this Court. I am over twenty-one years of age and I am fully competent to make this Declaration. I have personal knowledge of the matters set forth herein and, if called upon, I could and would completely testify thereto.

3. I submit this Declaration in support of (a) Plaintiffs' Motion for Final Approval of Settlement and (b) Plaintiffs' Motion for Award of Attorneys' Fees and Expenses and Service Awards.

**I. PLAINTIFFS' COUNSEL'S QUALIFICATIONS AND WORK TO DATE**

4. Pomerantz LLP is the oldest securities litigation firm in the US and has extensive experience in large and complex securities class actions. Since its founding in 1936, the Firm has focused on securities-fraud class actions and derivative cases. For nearly 80 years, the Firm has championed the rights of defrauded investors, recovering over $1 billion, including a $225 million settlement against Comverse Technology, Inc., $60 million of which was paid by Comverse's CEO. Pomerantz has won landmark decisions that expanded and protected investor rights and initiated historic corporate governance reforms, including securing the rights of U.S. and foreign institutions that purchased BP shares abroad to bring common law claims in U.S. court. Courts routinely acknowledge Pomerantz's securities litigation strengths. *See, e.g.*, *Stengle v. Am. Italian Pasta Co.*, No. 05-725, 2005 U.S. Dist. LEXIS 43816, at *27 (W.D. Mo. Dec. 19, 2005); *In re Groupon, Inc. Sec. Litig.*, No. 12 C 2450, 2012 WL 3779311, at *5 (N.D. Ill. Aug. 28, 2012). Further details about Pomerantz's expertise and experience are available in the Firm Résumé attached hereto as **Exhibit A**.

5. The table below is a summary of time expended by the attorneys and

---

[1] Unless otherwise defined, all capitalized terms herein have the same meaning as assigned in the Second Amended Class Action Settlement Agreement (ECF No. 129-1) ("Settlement Agreement"), which the Court preliminarily approved on May 2, 2019 (ECF No. 131).

DECLARATION OF MURIELLE J. STEVEN WALSH, ESQ.
2

professional staff of Pomerantz LLP on this Action, and the lodestar based on their current billing rate:

| Professional | Position | Hourly Rate | Hours Worked | Lodestar |
|---|---|---|---|---|
| Adams, Samuel J. | Associate | $600.00 | 8.50 | $5,100.00 |
| Chang, Hui | Associate | $350.00 | 3.50 | $1,225.00 |
| Condini, Atila | Staff Attorney | $565.00 | 117.50 | $66,387.50 |
| Dougherty, Ryan | Project Associate | $450.00 | 1,051.50 | $473,175.00 |
| Druhm, Kris | Project Associate | $450.00 | 180.00 | $81,000.00 |
| Ginott, Mimi | Project Associate | $450.00 | 374.90 | $168,705.00 |
| Goldstein, Jayne | Partner | $820.00 | 1.40 | $1,148.00 |
| Gorrie, Marc | Associate | $525.00 | 22.70 | $11,917.50 |
| Grunfeld, Michael | Of Counsel | $685.00 | 1.00 | $685.00 |
| Hood, Alex | Associate | $500.00 | 42.30 | $21,150.00 |
| Iqbal, Aatif | Associate | $580.00 | 962.25 | $558,105.00 |
| Leifer, David | Paralegal | $325.00 | 106.50 | $34,612.50 |
| Joyce, Bridge C. | Project Associate | $450.00 | 982.40 | $442,080.00 |
| Lieberman, Jeremy | Partner | $950.00 | 35.00 | $33,250.00 |
| LoPiano, James | Associate | $375.00 | 105.25 | $39,472.50 |
| Pafiti, Jennifer | Partner | $715.00 | 53.25 | $38,073.75 |
| Shteyn, Villi | Associate | $375.00 | 144.66 | $54,247.50 |
| Sidi, Samir | Staff Attorney | $550.00 | 145.00 | $79,750.00 |
| Tierney, Allison | Project Associate | $475.00 | 7.00 | $3,325.00 |
| Walsh, Murielle J. | Partner | $865.00 | 273.95 | $236,966.75 |
| **ATTORNEY SUBTOTAL:** | | | 4,514.56 | $2,317,326.00 |
| **FIRM TOTAL:** | | | 4,621.06 | $2,351,938.50 |

6.   This table was prepared from contemporaneous daily time records regularly prepared and maintained by my firm. This table does not include time spent in preparing this Declaration in support of my firm's application for fees and reimbursement of expenses or any other time related to billing or periodic time reporting, nor does it cover the time that will be expended monitoring the Settlement in the future.

7.   In addition, Pomerantz LLP expended a total of **$109,196.47** in un-reimbursed expenses in connection with the prosecution of this Action, broken down as follows:

DECLARATION OF MURIELLE J. STEVEN WALSH, ESQ.
3

| Category | Amount |
|---|---:|
| Clerk filing fees | $3,459.90 |
| Document Review Database | $15,588.37 |
| Deposition Services | $3,670.24 |
| Document Retrieval | $127.50 |
| Legal Research | $7,721.35 |
| Meals and Conference expenses | $2,438.76 |
| Mediator Fees | $13,275.00 |
| Photocopy charges | $729.80 |
| Postage and Overnight mail | $984.08 |
| Press Releases and Newswires | $985.74 |
| Process Server | $1,919.32 |
| Translation Services | $8,827.97 |
| Travel & Lodging | $42,984.84 |
| Travel – Local | $6,483.60 |
|  |  |
| **TOTAL EXPENSES** | **$109,196.47** |

8. The expenses set forth above are reflected in the firm's books and records. These books and records are prepared from expense vouchers, check records, and financial statements prepared in the normal course of business for my firm and are an accurate record of the expenses incurred in the prosecution of this Action.

9. The expenses incurred by Pomerantz in the prosecution of this Action do not include any expenses associated with providing Court-ordered Notice to the Settlement Class.

10. Throughout the course of litigation of the Action my firm has been in communication with Plaintiffs Scott Dodich and Jayme Gotts-Dodich; the Villas; Jill M. Barbarise; Jason Sarkis; Melissa Perez; Congshan "Sam" Hao; Bruce Garton; Sally Rogers; Deborah J. Pimentel; and Loren Morgan regarding the Action. These Named Plaintiffs have dedicated their personal time and effort to prosecuting the Action. They reviewed documents

provided to them by Plaintiffs' Counsel, participated in discovery (including searching for relevant documents and proving relevant information for interrogatory responses), discussed the case with Plaintiffs' counsel, and reviewed settlement communications. Plaintiffs' Counsel communicated with them throughout the litigation to keep them apprised of developments in the case so they could fulfill their role in overseeing the litigation, as well as before and during the settlement negotiations, so as to explain the risks and benefits of continued litigation versus settlement.

11. In my view, Plaintiffs' requests for modest service awards are reasonable in light of the time and energy they devoted to the pursuit of the Action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 13, 2019 in New York, NY.

_____
Murielle J. Steven Walsh