UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE POKÉMON GO NUISANCE LITIGATION | Case No. 3:16-cv-04300-JD<br><br>CLASS ACTION<br><br>[PROPOSED]<br>ORDER GRANTING AWARD OF ATTORNEYS' FEES AND EXPENSES AND SERVICE AWARDS |

This matter came on for hearing on August 22, 2019. The Court has considered the Second Amended Settlement Agreement dated April 25, 2019, ECF No. 129-1 ("Settlement"), Addendum 1 to Second Amended Class Action Settlement Agreement dated June 10, 2019, ECF No. 134, any objections or comments received regarding the Settlement, the record in the Action, and the arguments and authorities of counsel. Good cause appearing, the Court orders as follows.

1. The Court GRANTS an award of $4 million to Pomerantz LLP, inclusive of all past and future attorneys' fees and costs of any kind related to this matter. This amount shall not affect Niantic's pre-existing obligation under paragraph 2.5 of the Settlement Agreement to pay "all reasonable and necessary costs of the Class Notice program."

2. The Court GRANTS a service award of $1,000 to each Named Plaintiff, totaling $11,000.

3. Except as otherwise set forth in this order and in Addendum 1 and the Settlement Agreement, neither Pomerantz LLP nor Plaintiffs shall seek payment, damages, remuneration, or compensation of any kind from Niantic related to this matter.

DATED: August 30, 2019

_____
HON. JAMES DONATO
UNITED STATES DISTRICT JUDGE