Jennifer Pafiti (SBN 282790)
**POMERANTZ LLP**
1100 Glendon Avenue
Los Angeles, CA 90024
Phone: 310-405-7190
Email: jpafiti@pomlaw.com

(additional counsel on signature page)

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE POKÉMON GO NUISANCE LITIGATION** | **Case No. 3:16-cv-04300-JD**<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' COUNSEL'S FIRST STATUS REPORT PURSUANT TO ¶ 8(F) OF THE ORDER AND FINAL JUDGMENT** |

Counsel for Plaintiffs[1] respectfully submit this First Status Report Pursuant to Paragraph 8(f) of the Order and Final Judgment entered August 30, 2019 (ECF No. 143).

## I. Introduction

As required by Paragraph 8 of the Order and Final Judgment, and in accordance with Section 2.3 of the Settlement Agreement, Plaintiffs' Counsel has been "available to receive complaints from Class Members who have already gone through Niantic's customer service process regarding the injunctive relief specified [in the Order and Final Judgment and Settlement Agreement]." Paragraph 8(f) of the Order and Final Judgment (ECF No. 142) provides that:

> Twice during this two-year period [following the Final Settlement Date], Plaintiffs' Counsel shall file a status report with the Court, providing the Court with the number of instances where Plaintiffs' Counsel contacted for further review Niantic and a high-level summary of the nature of the complaints and resolutions.

This Status Report sets forth the number of instances in which Plaintiffs' Counsel contacted Niantic for further review, and a high-level summary of the nature of the complaints and resolutions.

## II. Status Report

Since the Order and Final Judgment was entered on August 30, 2019, and as of the date of this Status Report, Plaintiffs' Counsel has received a total of four complaints from potential Class Members ("Complainants"), and has contacted for further review Niantic or its counsel regarding each of those complaints. Niantic resolved each of the complaints by removing POI

---

[1] The Plaintiffs are: Scott Dodich and Jayme Gotts-Dodich; The Villas of Positano Condominium Association, Inc., on behalf of its members ("Villas"); Jill M. Barbarise; Jason Sarkis; Melissa Perez; Congshan "Sam" Hao; Bruce Garton; Sally Rogers; Deborah J. Pimentel; and Loren Morgan (collectively, "Plaintiffs"). Plaintiffs' Counsel is Pomerantz LLP. Unless otherwise noted, capitalized terms herein shall have the same meanings as those in the Order and Final Judgement and Settlement Agreement.

PLAINTIFFS' COUNSEL'S
FIRST STATUS REPORT
3:16-CV-04300-JD

1

game elements from the relevant properties. The following chart provides a high-level summary of the nature of the complaints and resolutions:[2]

| Complaint Id. Number | Inquiry Date | State In Which Property Is Located | Type of Property Implicated by Complaint | Summary of Complaint and Resolution |
|---|---|---|---|---|
| Complaint 1 | 9/2/19 | California | Single Family Residence | Complainant 1 contacted Plaintiffs' Counsel after the Complainant requested removal of a POI item through Niantic, but the item was not removed. After Plaintiffs' Counsel provided Niantic's counsel with this complaint, Niantic removed the POI item. Thereafter, Plaintiffs' Counsel reported to this Complainant that Niantic had removed the POI item. |
| Complaint 2 | 12/20/19 | Texas | Church | Complainant 2 contacted Plaintiffs' Counsel after requesting removal of POI through Niantic, but Niantic had not yet removed it completely. After Plaintiffs' Counsel provided Niantic's counsel with this complaint, Niantic removed the POI. Plaintiffs' Counsel's understanding based on its last conversation with Complainant 2 is that the trespassing situation has been resolved. |
| Complaint 3 | 12/2019 | Utah | Single Family Residence | After Plaintiffs' Counsel provided Niantic's counsel with Complainant 4's complaint of nuisance caused by Pokémon Go players, Niantic confirmed that it has removed the POI/game location. |

---

[2] Certain personal identifying information provided by the Complainants has been omitted from this chart to preserve the Complainants' confidentiality. Plaintiffs' Counsel is prepared to provide such information to the Court under seal or for *in camera* inspection upon request.

| Complaint Id. Number | Inquiry Date | State In Which Property Is Located | Type of Property Implicated by Complaint | Summary of Complaint and Resolution |
|---|---|---|---|---|
| Complaint 4 | 3/16/20 | Michigan | Church and School | Complainant 4 contacted Plaintiffs' Counsel after the Complainant was unsuccessful in requesting removal of POI from the implicated property through Niantic.<br><br>After Plaintiffs' Counsel provided Niantic's counsel with this complaint, Niantic removed the POI and informed Complainant 4 that all game elements had been removed. |

### III.  Conclusion

As discussed, above Plaintiffs' Counsel has contacted Niantic for further review of four complaints since the Order and Final Judgement was entered on August 30, 2019, and Niantic resolved each of those complaints by removing POI from the relevant properties. Plaintiffs' Counsel is available to address any questions that the Court may have regarding this status report.

Dated: May 14, 2021

Respectfully submitted,

**POMERANTZ LLP**

*/s/ Murielle J. Steven Walsh*
Jeremy A. Lieberman (*pro hac vice*)
Murielle J. Steven Walsh (*pro hac vice*)
600 Third Avenue
20th Floor
New York, NY 10016
Phone: 212-661-1100
Fax: 917-463-1044
Email: jalieberman@pomlaw.com
         mjsteven@pomlaw.com

**POMERANTZ LLP**
Jennifer Pafiti (SB # 282790)
1100 Glendon Avenue
Los Angeles, CA 90024
Phone: 310-405-7190
Email: jpafiti@pomlaw.com

*Counsel for Plaintiffs*